```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
STEAK N SHAKE INC.,                                               :
:
Plaintiff,                                                        :
:                    20-cv-6096 (LJL)
-v-                                                               :
:                    ORDER
WILMINGTON TRUST, NATIONAL ASSOCIATION,   :
:
Defendant.                                                        :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

Plaintiff Steak n Shake Inc. filed this action against Defendant Wilmington Trust, National Association on August 4, 2020. On August 19, 2020, Plaintiff moved for a mandatory preliminary injunction. Dkt. No. 6. The Court held a hearing on August 20, 2020 at 4:00 p.m.

As agreed upon at the hearing, it is hereby ORDERED:

- Plaintiff shall file supplemental papers, if any, by August 21, 2020 at 5:00 p.m.;
- Defendant shall file its opposition brief by August 26, 2020 at 11:59 p.m.;
- Plaintiff shall submit a reply by August 28, 2020 at 5:00 p.m.

A hearing is scheduled for September 1, 2020 at 3:30 p.m. Parties are directed to dial into the Court's teleconference line at 888-251-2909, Access Code, 2123101, and follow the necessary prompts.

SO ORDERED.

Dated: August 21, 2020
       New York, New York                           _____
                                                    LEWIS J. LIMAN
                                                    United States District Judge