```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
STEAK N SHAKE,                                                   :
                                                                 :
                                Plaintiff,                       :
                                                                 :         20-cv-6096 (LJL)
        -v-                                                      :
                                                                 :             ORDER
WILMINGTON TRUST, NATIONAL ASSOCIATION.,                         :
                                                                 :
                                Defendant.                       :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2020

LEWIS J. LIMAN, United States District Judge:

ORDERED that Court will hold a hearing at 10:00 a.m. on October 16, 2020 by TELEPHONE CONFERENCE to address the discovery and trial date disputes before the Court. *See* Dkt. Nos. 38 and 41. At that date and time the parties are directed to call the Court's conference line at: 888-251-2909 (access code: 2123101).

It is further ORDERED that by 5:00 p.m. tomorrow, October 14, 2020, each party shall file a lettes on ECF as follows: for Defendant, a letter not to exceed two single-spaced pages detailing the three outstanding document requests that it believes are most compelling and that it most needs for its defense; for Plaintiff, a letter not to exceed two singles-spaced pages detailing the three outstanding requests that it believes to be most burdensome and/or irrelevant.

SO ORDERED.

Dated: October 14, 2020
       New York, New York                    _____
                                                    LEWIS J. LIMAN
                                                    United States District Judge